# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District District of New York

Index Number: 12-CV-3044 (LLS)(HBP)                                        Date Filed: _____

Plaintiff:
**MARSH USA, INC. & MARSH, INC.**
vs.
Defendant:
**RAYMOND FALK**

Received by Littler Mendelson on the 1st day of May, 2012 at 11:37 am to be served on RAYMOND FALK, **540 Audobon St., New Orleans, LA 70119**.

I, Ross Baudy, being duly sworn, depose and say that on the **3rd day of May, 2012 at 7:21 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, First Amended Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **RAYMOND FALK** at the address of: **540 Audobon St., New Orleans, LA 70119**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/1/2012  8:24 pm   No answer. Appeared to be lights on in the home but could not see or hear any activity. The address is a large 2 story, single family brick home with brown trim. There was a red late model Jeep Grand Cherokee and a black late model Land Rover in the half circle driveway in the front of the home. There was also a gray Lexus LX470 sport utility with right front fender damage on the street in front of the home. I believe someone was in fact home but did not answer. I rang the bell and knocked. Waited approximately 10mins in my vehicle before I rang the bell and knocked again, still no answer.
5/3/2012  2:45 pm   Attempted service @ Bowen, Miclette & Britt located in the Entergy Center bldg @ 1100 Poydras St Ste 1250 New Orleans, LA
The receptionist informed me he was not in the office and casually mention he was enjoying the Jazz Festival today.
5/3/2012  7:21 pm   Served a Caucasian male approximately
6'2" tall with glasses slender build, appeared to be in his 60's and identified himself as Raymond Falk. I served him @ 540 Audubon St., New Orleans, LA  I informed him he had been served and he responded "yeah, yeah" and slammed the door behind him

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of May, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

ANNA M. VILLAGES
NOTARY ID # 64900
COMMISSION EXPIRES AT DEATH
ORLEANS PARISH, LOUISIANA

Ross Baudy
Process Server

Littler Mendelson
900 Third Ave.
New York, NY 10022
(212) 583-2675

Our Job Serial Number: PLI-2012000492