UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA INC. and MARSH INC., <br><br> Plaintiffs, <br><br> -against- <br><br> RAYMOND FALK, <br><br> Defendant. | ECF Case <br><br> Case No. 12-CV-3044 (LLS) (HBP) <br><br> **CERTIFICATE OF SERVICE** |

     I, Jennie Woltz, an attorney, certify that in accordance with the Court's May 2, 2012 Order, I caused a copy of following documents to be served on William Helfand, Esq., an attorney who identified himself as Defendant's counsel in a letter to the Court dated April 25, 2012, via email and overnight mail on May 3, 2012:

    i. The Court's signed Order to Show Cause for Expedited Discovery dated May 2, 2012; and

    ii. The docket entry generated by the CM/ECF program on May 3, 2012, regarding the Court's signed Order to Show Cause.

     Additionally, I certify that I caused a copy of following documents to be served on Leslie A. Lanusse, Esq., the attorney who represented Defendant in the February 17, 2012 Petition for Declaratory Judgment filed in the state of Louisiana, via overnight mail on May 4, 2012:

    i. Plaintiffs' First Amended Complaint, and accompanying exhibits dated May 1, 2012;

    ii. Plaintiff's Proposed Order to Show Cause for Expedited Discovery, with Plaintiffs' [Proposed] First Request for the Production of Documents;

    iii. Memorandum of Law in Support of Plaintiffs' Order to Show Cause dated May 1, 2012;

    iv. Declaration of Robert Monsted in support of Plaintiffs' Order to Show Cause, and accompanying exhibits, dated April 18, 2012;

    v. Declaration of Phyllis H. Johnson in support of Plaintiffs' Order to Show Cause, and accompanying exhibits, dated April 30, 2012;

vi. Declaration of Jennie Woltz in support of Plaintiffs' Order to Show Cause, dated May 1, 2012;

vii. The Court's signed Order to Show Cause for Expedited Discovery dated May 2, 2012; and

viii. The docket entry generated by the CM/ECF program on May 3, 2012 regarding the Court's signed Order to Show Cause.

/s/ Jennie Woltz
Jennie Woltz