## AFFIDAVIT - LOUISIANA

Name of Party: **RAYMOND FALK**

I, the undersigned process server, served the summons and petition upon the person or entity named above in the matter set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

I, _____, attempted service on _____, 20___, at the residence of _____. After **1 Attempt**  **2 Attempts** was unsuccessful.
**VACANT,   MOVED,   NO ANSWER,   NOT HOME,   OTHER:** _____.

✓ **PERSONAL SERVICE.** I personally delivered: **PETITION/CITATION   SUMMONS OR JUDGMENT,** to _RAYMOND FALK_ at _2:53_ a.m./**p.m.** on the _4_ day of _MAY_, 20_12_, at address _(Poe) 1100 Royal AC, NOLA 70163_ where I found said person(s) in _ORLEANS_ parish of the state of Louisiana.

_____ **DOMICILIARY SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ parish of the state of Louisiana. I served the **PETITION/CITATION, SUMMONS OR JUDGMENT** at _____ a.m./p.m. on the _____ day of _____, 20___, at address _____ by delivering the same at his dwelling house or usual place of abode, to _____, a person of suitable age and discretion residing therein as a member of this domiciliary establishment, whose name and other facts connect with this service I learned by interrogating him/her before making the is service; the defendant being temporarily absent from this domicile at the time of this service.

Name: _____
Social Security No. (Last 4 digits): _____
Address: _____
_____
Telephone No.: _____

Timothy Couch
xxx-xx-4794
200 Mariners Plaza Ste. 207
Mandeville, LA 70448
985-626-3533

Process Server (Signature)

Name of Company: Interstate Process Service LLC

Sworn to and subscribed before me this the _10th_ day of _MAY_, 20_12_.

_____
Notary Public
NICHOLAS B. CASTROGIOVANNI
Bar Roll Number 26235
My Commission is for Life

Professional Fee: $ _____



# INTERSTATE PROCESS SERVICE, LLC
## "A MULTI-STATE LEGAL PROCESS SERVICE COMPANY"

**Data Log Sheet**

200 Mariners Plaza Dr. Suite: # 207 Mandeville, LA 70448
Office Phone: 985-626-3533

Date Received: 5-4-12
Defendant: Raymond Falk
1100 Poydras Ste. 1250
New Orleans LA 70163

Parish/County: Orleans
Client File No: 002-Littler
Civil Action No: _____

Note the type of service performed: ✓ Personal ___ Abode/Residence

540 Audobon St, N.O. LA

| House Description | Front Door Description | Automobiles in Driveway | |
|---|---|---|---|
| | | Automobile | Additional Automobile |
| ___ Brick | ___ Black | Make: | |
| ___ Siding | ___ Blue | Model: | |
| ___ Stucco | ___ Brown | Color: | |
| ___ Other | ___ Green | License Plate: | |
| ___ House / Apt. | ___ Red | State & Last 4 | |
| ___ Trailer | ___ White | Digits | |
| ✓ Business | ___ Other | NO CARS. | |

**Attempt #1:** Date: 5-4-12   Time: 2:00pm   Pic #: _____
Notes: Miclette Britt Bowen Miclette Britt Law Firm Spoke with two attorney's Def is out for the Day, due to Large festival in N.O. (Jazz Fest)

**Attempt #2:** Date: 5-4-12   Time: 2:53pm   Pic #: _____
Notes: After speaking to client, He advised me that I may do a substitute service at Def Poe, when I went back to Poe, I spoke with the

**Attempt #3:** Date: _____   Time: _____   Pic #: _____
Notes: Same guy the first time (w/m app, 5'8), he advised me that Def just walked back in, I waited 10 min and served Def. w/m glasses 5'10

Party accepting serve: Would not sign. (If willing to sign) Relationship: _____
Process Server: Tim Couch   Signature: [signature]
Manager: _____   Date: 5/9/12

He also stated that IPS served him the same papers the night before. However He said a B/M served him. "Never happened"