**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Marsh USA Inc. and Marsh Inc.

            Plaintiff,

-against-

Raymond Falk

           Defendant.



**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __William S. Helfand__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Raymond Falk__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Texas__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

           Respectfully Submitted,

Applicant Signature

Applicant's Name: __William S. Helfand__

Firm Name: __Chamberlain, Hrdlicka, White, Williams & Aughtry__

Address: __1200 Smith Street, Suite 1400__

City / State / Zip: __Houston, Texas   77002__

Telephone / Fax: __(713) 654-9630 [o]   (713) 658-2553 [f]__

E-Mail: __bill.helfand@chamberlainlaw.com__

# The Supreme Court of Texas

AUSTIN

### CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**William Scott Helfand**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1987.

I further certify that the records of this office show that, as of this date

**William Scott Helfand**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of May, 2012.
BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez
Blanca E. Valdez, Deputy Clerk

No. 050812O

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marsh USA Inc. and Marsh Inc.

            Plaintiff,

-against-

Raymond Falk

            Defendant.

12 cv 3044 ( LTS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __William Helfand__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Texas__; and that his/her contact information is as follows (please print):

Applicant's Name: __William Scott Helfand__

Firm Name: __Chamberlain Hrdlicka White Williams & Aughtry__

Address: __1200 Smith Street, Suite 1400__

City / State / Zip: __Houston, Texas 77002__

Telephone / Fax: __(713) 654-9630 [o]  (713) 658-2553 [f]__
E-Mail: __bill.helfand@chamberlainlaw.com__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Raymond Falk__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

                                                   United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARSH USA INC., ET AL.,   :   ECF CASE
                          :   Case No. 12-CV-3044 (LTS)
          Plaintiffs,     :
                          :
     v.                   :
                          :   **AFFIDAVIT OF MAILING**
RAYMOND FALK,             :
                          :
          Defendant.      :
-----------------------------------------------------------------X

STATE OF NEW YORK )
                  : ss.
COUNTY OF NEW YORK)

      EDURIN COLON, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.
      That on the 15th day of May, 2012 I served true and correct copies of annexed MOTION FOR ADMISSION PRO HAC VICE by placing the same in first class post-paid envelopes addressed:

      A. MICHAEL WEBER
      Littler Mendelson, P.C.
      900 Third Avenue – 8th Floor
      New York, New York  10022

      GREGORY BERTRAM REILLY, III
      Littler Mendelson, P.C.
      900 Third Avenue – 8th Floor
      New York, New York  10022

      JENNIE DAWN WOLTZ
      Milbank Tweed, Haldey & McCloy LLP
      601 South Figueroa Street
      Los Angeles, CA  90017

6741208.1

7020405.1

    And on said day I deposited said envelopes in a mail depository controlled and maintained by the United States Post Office located at 25 Broadway, New York, New York, to be dispatched by first class mail.

                                    _____
                                       Edurin Colon

Sworn to before me this
15th day of May, 2012

_____
Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2014

6741208.1

7020405.1