USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 18 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Marsh USA Inc. and Marsh Inc.

      Plaintiff,

-against-

Raymond Falk

      Defendant.

12 cv 3044 ( LTS )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __William Helfand__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Texas__; and that his/her contact information is as follows (please print):

Applicant's Name: __William Scott Helfand__

Firm Name: __Chamberlain Hrdlicka White Williams & Aughtry__

Address: __1200 Smith Street, Suite 1400__

City / State / Zip: __Houston, Texas 77002__

Telephone / Fax: __(713) 654-9630 [o]  (713) 658-2553 [f]__
E-Mail: __bill.helfand@chamberlainlaw.com__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Raymond Falk__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: May 17, 2012

United States District ~~Magistrate~~ Judge