UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA INC. and MARSH INC.,

        Plaintiffs,

    -against-

RAYMOND FALK,

        Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2012

Case No. 12 CV 3044 (LTS)(HBP)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**OF KERRY NOTESTINE**
**ON WRITTEN MOTION AND UPON**
**CONSENT**

    Upon the motion of Gregory B. Reilly, attorney for Plaintiffs, and said sponsor attorney's affidavit in support thereof, IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Kerry Notestine |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1301 McKinney St., Suite 1900 |
| City/State/Zip: | Houston, TX 77010 |
| Phone Number: | 713.652.4748 |
| Fax Number: | 713.951.9212 |
| Email Address: | knotestine@littler.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Additionally, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall also forward the *pro hac vice* fee of $200.00 to the Clerk of Court.

SO ORDERED:

_____  6/11/2012